UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: David Alexander Darnesto   :   Chapter 7

Debtor   :   NO.: 17-10750-amc

AFFIDAVIT OF NO PAYMENT ADVICES

I, David A. Darnesto, the undersigned debtor hereby affirm that I have received no payment advices from any employer 60 days prior to the filing of my petition as I have not been employed.

_____
David A. Darnesto, Debtor