United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                        Case No. 17-10750-amc
David Alexander Darnesto                                      Chapter 7
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: JeanetteG         Page 1 of 1          Date Rcvd: May 15, 2017
                               Form ID: 195            Total Noticed: 2
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2017.
db             +David Alexander Darnesto,    96 N. Warminster Road,    Hatboro, PA 19040-2805
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 16 2017 01:07:31      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                        TOTAL: 1
```

```
                    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2017 at the address(es) listed below:
          MATTEO SAMUEL WEINER    on behalf of Creditor    HomeBridge Financial Services, Inc. f/k/a REAL
           ESTATE MORTGAGE NETWORK, INC bkgroup@kmllawgroup.com
          TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM D. SCHROEDER, JR    on behalf of Debtor David Alexander Darnesto schroeder@jrlaw.org,
           Healey@jrlaw.org
                                                                                        TOTAL: 4
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                                    : Chapter 7

David Alexander Darnesto                                 : Case No. 17−10750−amc
            Debtor(s)


### *ORDER*

_____


    AND NOW, this day , May 15, 2017 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                      By The Court

                      Ashely M. Chan
                      Judge , United States Bankruptcy Court